IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**WILL MURPHY**                                                                 **PLAINTIFF**

**VS.**                          **3:13-CV-00177-BRW**

**STADIUM AUTO BODY, INC. and**
**KEVIN MEREDITH**                                        **DEFENDANTS**

### ORDER

Plaintiff's pending and unopposed[1] Motion for Non-suit under Federal Rule of Civil Procedure 41(a)(2) (Doc. No. 6) is GRANTED. Accordingly, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 16th day of October, 2013.

                                                   /s/Billy Roy Wilson
                                       UNITED STATES DISTRICT JUDGE

---

[1] *See* Doc. No. 7.