**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**WILL MURPHY**                                                                          **PLAINTIFFS**


VS.                                           3:13-CV-00177-BRW

**STADIUM AUTO BODY, INC.
and KEVIN MEREDITH**

<u>JUDGMENT</u>

 Pursuant to the order entered on October 16, 2013, Plaintiff's complaint is dismissed

without prejudice.

 Nunc Pro Tunc October 16, 2013.

 IT IS SO ORDERED this 23rd day of December, 2013.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE